UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAMONE KNOX,

    Plaintiff,                                       Case No. 12-12273

v.                                                    Hon. Patrick J. Duggan

WARREN POLICE
DEPARTMENT, *et al.*,

    Defendant.

_____/

## ORDER OF DISMISSAL

On June 12, 2013, this Court issued an Opinion and Order denying Defendant Warren Police Department's motion to dismiss as to any individual John Doe defendants and further ordered that Plaintiff has until September 16, 2013 to file an amended complaint identifying the three remaining John Doe defendants or the action will be **DISMISSED** pursuant to Federal Rule of Civil Procedure 4(m). No amended complaint has been filed.

Accordingly,

**IT IS ORDERED** that the above-entitled case be and the same is hereby DISMISSED WITHOUT PREJUDICE as to remaining John Doe defendants.

Date:  September 25, 2013                         s/PATRICK J. DUGGAN
                                                                  UNITED STATES DISTRICT JUDGE

Copies to:
**Raymone Knox**, 46439039
USP Cannan
PO Box 300
Waymart, PA 18472
**John J. Gillooly, Esq**